IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICIA STRANZL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 13-1393 |
| DELAWARE COUNTY, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 14th day of July, 2014, upon consideration of the Defendant's Motion for Summary Judgment (Dkt. No. 21) filed March 4, 2014, Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment (Dkt. No. 24) filed April 2, 2014, and Defendant's Reply Brief in Support of Summary Judgment (Dkt. No. 27) filed April 11, 2014, and for the reasons set forth in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. Judgment is entered for Delaware County.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY. S. PERKIN
United States Magistrate Judge